No. 04–6496. AGUILAR-ALARCON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6497. RODRIGUEZ-HORTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6501. LOZOYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6504. MUHAMMAD v. LAMANNA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04–6508. VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6509. BOXLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6510. MADDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6511. JAMERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6512. CAMARILLO-VELASQUEZ, AKA GALVEZ, AKA SIERRA, AKA CANDELARIO GALVES, AKA GAMEZ, AKA GALVES, AKA CAMARILLO, AKA GUERRA v. UNITED STATES (Reported below: 101 Fed. Appx. 495); CARDONA-MENDEZ v. UNITED STATES (101 Fed. Appx. 530); DELGADO-BALDERAS v. UNITED STATES (101 Fed. Appx. 531); ESCOBEDO-SOLTERO v. UNITED STATES; LUCERO-ESTRADA v. UNITED STATES (101 Fed. Appx. 537); MEDINA-MARTINEZ v. UNITED STATES (101 Fed. Appx. 484); MONTOYA-NAVA v. UNITED STATES; MUNOZ-MORQUECHO, AKA MUNOZ, AKA MORQUECHO, AKA CONTRERAS, AKA ESTRADA CONTRERAS, AKA MORQUECHO MUNOZ, AKA MUNOS, AKA ESTRADA v. UNITED STATES; NAVA-VIRRUETA, AKA NAVA v. UNITED STATES (101 Fed. Appx. 526); RODRIGUEZ-PENA v. UNITED STATES (101 Fed. Appx. 554); SALAZAR-ARMENDARIZ v. UNITED STATES; VARELA-RODRIGUEZ v. UNITED STATES (101 Fed. Appx. 494); and VELASQUEZ-RODRIGUEZ v. UNITED STATES (101 Fed. Appx. 556). C. A. 5th Cir. Certiorari denied.

No. 04–6513. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.